1  **HANNI M. FAKHOURY**
   California Bar No. 252629
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Hanni_Fakhoury@fd.org
5

6  Attorneys for Defendant

7

8  UNITED STATES DISTRICT COURT

9  SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) Case No. 08MJ2394 |
| 11 | Plaintiff, | ) |
| 12 | v. | ) **NOTICE OF ATTORNEY APPEARANCE** |
| 13 | REBECCA CECELIA CEPEDA | ) |
| 14 | Defendant. | ) |
| 15 | _____ | ) |

16  Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni

17  M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18  the above-captioned case.

19                                                                            Respectfully submitted,

20

21  Dated: August 11, 2008                                       /s/ Hanni M. Fakhoury
                                                                            HANNI M. FAKHOURY
22                                                                            Federal Defenders of San Diego, Inc.
                                                                            e-mail: Hanni_Fakhoury@fd.org
23                                                                            Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

DATED: August 11, 2008          /s/ Hanni M. Fakhoury
                                HANNI M. FAKHOURY
                                e-mail: Hanni_Fakhoury@fd.org