FILED
AUG 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2763-W |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| REBECCA CECELIA CEPEDA, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about July 31, 2008, within the Southern District of California, defendant REBECCA CECELIA CEPEDA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Leonel Orozco-Simental, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: 8/19/08.

KAREN P. HEWITT
United States Attorney

*signature* Becker for

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:San Diego
8/7/08