AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| REBECCA CECELIA CEPEDA | CASE NUMBER: 08CR2763-W |

I, REBECCA CECELIA CEPEDA, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 8/19/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
AUG 19 2008
DISTRICT COURT
OF CALIFORNIA
DEPUTY

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer